GEORGE H. McPHERREN, Appellant, *v.* CHARLES M. HOMAN et al., Respondents.

*McPherren* v. *Homan*, 2 App. Div. 264, appeal dismissed.
(Submitted January 25, 1899; decided February 28, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 11, 1896, reversing a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial and granting a new trial.

*Nathaniel A. Prentiss* for appellant.

*Samuel Cohn* for respondents.

Appeal dismissed, with costs, on the authority of *Henavie* v. *N. Y. C. & H. R. R. R. Co.* (154 N. Y. 278).
All concur, except PARKER, Ch. J., not sitting.